MARY TERLECKI, RESPONDENT, v. FERDINAND A. STRAUS, APPELLANT.

Argued June 24, 1914—Decided October 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 454.

For the respondent, *John H. Kafes.*

For the appellant, *Vredenburgh, Wall & Carey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, PARKER, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS, JJ. 11.

*For reversal*—None.